UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      v.                           Criminal No. 12-cr-51-02-JD

<u>Lillieana Bouchard</u>

O R D E R


      The assented to motion to reschedule jury trial (document no. 27) filed by defendant Bouchard is granted.  As co-defendants Lucille Cranston and Curtis Hargrove assent to the trial continuance, trial is continued for all defendants to the two-week period beginning November 14, 2012, at 9:30 a.m.

      Defendant Bouchard shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

      SO ORDERED.


                             */s/ Joseph A. DiClerico, Jr.*
                             Joseph A. DiClerico, Jr.
                             United States District Judge

Date:  August 13, 2012

cc:  William Christie, Esq.
     Jeffrey Levin, Esq.
     Harry Batchelder, Jr., Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation