```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 12-cr-51-02-JD

<u>Lillieana Bouchard</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 33) filed by defendant Bouchard is granted. As both co-defendants Lucille Cranston and Curtis Hargrove assent to a continuance, trial is continued for all defendants to the two-week period beginning February 20, 2013, 9:30 a.m.

Defendant Bouchard shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                      */s/ Joseph A. DiClerico, Jr.*
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date: October 31, 2012

cc: William Christie, Esq.
    Jeffrey Levin, Esq.
    Harry Batchelder, Jr., Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation