UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 12-cr-51-02-JD

v.

<u>Lillieana Bouchard</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 40) filed by defendant Bouchard is granted.  As all codefendants agreed to this motion, the following deadline applies as to all defendants: Trial is continued to the two-week period beginning May 7, 2013, 9:30 AM.

Defendant Bouchard shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: April 4, 2013

cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation